Núm. 8163.—Santiago, aplda. *v.* López et als., apltes.—C. D. Ponce. Abril 9, 1940.

(Por la Corte, a propuesta del Juez Presidente Sr. Del Toro.)

. Por cuanto, la parte apelada en marzo 27, 1940, por moción notificada a la parte contraria solicitó la desestimación de esta apelación por abandono y por ser frívola; y

Por cuanto, señalada la vista de la moción para abril 8 actual, la apelante faltó en comparecer y la apelada insistió en su solicitud; y

Por cuanto, la apelación se interpuso en enero 5, 1940, y la apelante dejó de perfeccionarla dentro del término de ley; y

Por cuanto, examinado además el legajo de la sentencia acompañado por la parte apelada a su moción a los únicos fines de la misma, es aparente la frivolidad del recurso:

Por tanto, se declara la moción con lugar y se desestima la apelación por abandono y por ser frívola.